United States District Court
Northern District of California

1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                  NORTHERN DISTRICT OF CALIFORNIA

9

10    BRUCE L. FULLER,                           Case No.  14-cv-00304-HSG (PR)
                        Plaintiff,
11                                                **ORDER REGARDING PLAINTIFF'S
              v.                                  REQUEST FOR ACCESS TO LAW
12                                                LIBRARY**
      C. RIPPETOE, et al.,
13                                                Re: Dkt. No. 63
                        Defendants.
14

15

16          Plaintiff, a California prisoner currently incarcerated at Kern Valley State Prison, filed this

17    *pro se* civil rights action under 42 U.S.C. § 1983 challenging conditions of confinement at Pelican

18    Bay State Prison, where Plaintiff was previously incarcerated.  The Court found that, liberally

19    construed, the complaint stated a cognizable excessive force claim and ordered service on five

20    defendants.  On May 18, 2015, Defendants filed a motion for summary judgment.  Plaintiff's

21    opposition is currently due by June 15, 2015.

22          On May 26, 2015, Plaintiff filed a letter with the Court requesting an order directing Kern

23    Valley State prison to provide him with access to the prison law library.  Plaintiff asserts that he

24    has only been permitted a total of 4.5 hours in the law library over the past year.  Plaintiff also

25    asserts that he has been moved between three different prisons in the last year and that much of his

26    legal work product has been destroyed or lost during these moves.  In light of these

27    representations, the Court agrees it would be appropriate to provide Plaintiff access to the law

28    library.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, Prison officials at Kern Valley State Prison are hereby REQUESTED to provide plaintiff access to the prison law library, to the extent such access is consistent with security concerns and other applicable policies and procedures of the facility.  The Clerk of the Court shall send this Order to the law librarian and litigation coordinator at Kern Valley State Prison as well as to Plaintiff.

**IT IS SO ORDERED.**

Dated: 6/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

2