UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE L. FULLER,<br><br>    Plaintiff,<br><br>v.<br><br>C. RIPPETOE, et al.,<br><br>    Defendants. | Case No. 14-cv-00304-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 69 |

Good cause appearing, Plaintiff's second request for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **August 31, 2015**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 69.

**IT IS SO ORDERED.**

Dated: 8/7/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge