UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE L. FULLER,

    Plaintiff,

  v.

C. RIPPETOE, et al.,

    Defendants.

Case No. 14-cv-00304-HSG (PR)

**ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 71

    Plaintiff, a California prisoner currently incarcerated at Kern Valley State Prison ("KVSP"), filed this *pro se* civil rights action under 42 U.S.C. § 1983 challenging conditions of confinement at Pelican Bay State Prison ("PBSP"), where Plaintiff was previously incarcerated. The Court found that, liberally construed, the complaint stated a cognizable excessive force claim and ordered service on five defendants. On May 18, 2015, Defendants filed a motion for summary judgment. Plaintiff has been granted two extensions of time to file his opposition. Now before the Court is Plaintiff's third request for an extension of time. Plaintiff asserts that KVSP has denied him sufficient access to the prison law library. Good cause appearing, Plaintiff's third request for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **October 1, 2015**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

    Plaintiff requests the Court's assistance in directing KVSP to provide him with more access to the prison law library. The instant action was brought against defendants at PBSP. The Court lacks personal jurisdiction over staff at KVSP. If Plaintiff wants to complain about his lack of access to the prison law library, he may file a separate action for denial of access to the courts in the United States District Court for the Eastern District of California, where KVSP is located.

The Clerk of the Court shall send this Order to the law librarian and litigation coordinator at Kern Valley State Prison as well as to Plaintiff.

This Order terminates Docket No. 71.

**IT IS SO ORDERED.**

Dated:  September 21, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE L. FULLER,

    Plaintiff,

v.

C. RIPPETOE, et al.,

    Defendants.

Case No. 14-cv-00304-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce L. Fuller ID: P35248
Kern Valley State Prison A3 220
P.O. Box 5101
Delano, CA 93216

Dated: September 21, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.

3