UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE L. FULLER,

    Plaintiff,

  v.

C. RIPPETOE, et al.,

    Defendants.

Case No. 14-cv-00304-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**

Plaintiff, a California prisoner currently incarcerated at Kern Valley State Prison ("KVSP"), filed this pro se civil rights action under 42 U.S.C. § 1983 challenging conditions of confinement at Pelican Bay State Prison ("PBSP"), where Plaintiff was previously incarcerated. Plaintiff has filed a letter with the Court (Docket No. 76), which the Court construes as a request for an extension of time to file an opposition to the summary judgment motion. In his letter, Plaintiff states that he did not receive the September 21, 2015 order granting him a third extension of time to file his opposition (Docket No. 71) until five days before the October 1, 2015 deadline for his opposition. Plaintiff also states that he had trouble accessing the law library after he received the September 21, 2015 order. Plaintiff has previously received three extensions of time to file his opposition to the summary judgment motion.

In the interests of justice, the Court will grant a fourth extension of time. Plaintiff shall file his opposition no later than **January 8, 2016**. Defendants shall file their reply no later than **fourteen (14) days** after the date of service of the opposition.

**No further extensions of time will be granted.**[1] If Plaintiff fails to respond in accordance

---

[1] The Court notes that the summary judgment motion was filed on May 18, 2015, and that the record reflects that Plaintiff has accessed the law library multiple times since that date. Plaintiff

with this order, the Court will consider this matter fully submitted.

Plaintiff again requests the Court's assistance in directing KVSP to provide him with more access to the prison law library. As stated in the Court's prior order, the Court lacks personal jurisdiction over staff at KVSP because the instant action was brought against defendants at PBSP. If Plaintiff has complaints about his lack of access to the prison law library, he may file a separate action for denial of access to the courts in the United States District Court for the Eastern District of California, where KVSP is located.

The Clerk of the Court shall send this Order to the law librarian and litigation coordinator at Kern Valley State Prison as well as to Plaintiff.

**IT IS SO ORDERED.**

Dated: 12/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

has been granted six additional months to prepare his opposition. See, e.g., Docket Nos. 74 and 75.