UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE L. FULLER,

    Plaintiff,

v.

C. RIPPETOE, et al.,

    Defendants.

Case No. 14-cv-00304-HSG

**ORDER**

Plaintiff, an inmate at Kern Valley State Prison ("KVSP"), filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 alleging that when he was previously housed at Pelican Bay State Prison ("PBSP"), Officers Rippetoe, Rexford, Evans, McMahan, and Schaad ("Defendants") used excessive force on him in violation of the Eighth Amendment. Plaintiff has filed with the Court a letter dated September 1, 2016, alleging that KVSP officials have retaliated against him for filing the instant action and for filing prison grievances. Docket No. 85.

Plaintiff's retaliation claims are separate from the excessive force claim alleged in this action, and therefore must be alleged in a separate action. In addition, because KVSP is located in Kern County, which is within the venue of the Eastern District of California, any action against KVSP officials must be filed in the Eastern District of California. *See* 28 U.S.C. § 1391(b). If Plaintiff wishes to pursue his retaliation claims against KVSP officials, he should file a separate action in the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 9/6/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge