1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  BRUCE L. FULLER,                           Case No. 14-cv-00304-HSG
8              Plaintiff,                     ORDER APPOINTING PRO BONO
                                              COUNSEL; DIRECTIONS TO CLERK
9      v.
10 J. EVANS, et al.,
11             Defendants.
12
13     Plaintiff, a state prisoner incarcerated at Kern Valley State Prison and proceeding *pro se*,
14 filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Per order filed June 30, 2017, the
15 Court referred Plaintiff to the Federal Pro Bono Project ("FPBP") to find a volunteer attorney to
16 represent him. FPBP has informed the court that attorneys Zack Abrahamson (State Bar No.
17 310951) and Laura Miller (State Bar No. 271713) of Durie Tangri LLP, 217 Leidesdorff Street,
18 San Francisco, CA 94111, have agreed to serve as appointed pro bono counsel for Plaintiff in this
19 action. The Court is grateful for the firm's interest and commitment and, good cause shown,
20 APPOINTS Zack Abrahamson and Laura Miller of Durie Tangri LLP as counsel for Plaintiff in
21 this matter pursuant to 28 U.S.C. § 1915(e)(1). The scope of this referral shall be for all purposes
22 for the duration of this case. Counsel shall be familiar with General Order No. 25 and the Federal
23 Pro Bono Project Guidelines posted on the court's website.
24     The Clerk shall set this matter for a case management conference within 90 days of this
25 order. All proceedings in this action are stayed until that time. In light of the appointment of
26 counsel for him and Plaintiff's custodial status, Plaintiff need not attend the case management
27 conference. The parties shall file a joint case management statement no later than seven calendar
28 days before the case management conference.

The Clerk is further directed to add Plaintiff's appointed counsel to the docket and serve a copy of this order upon Plaintiff and upon counsel for both parties. The Clerk shall also send a copy of this order to FPBP.

**IT IS SO ORDERED.**

Dated: August 1, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE L. FULLER,

              Plaintiff,

     v.

J. EVANS, et al.,

              Defendants.

Case No.  14-cv-00304-HSG

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on August 1, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce L. Fuller ID: P35248
Kern Valley State Prison A3 220
P.O. Box 5101
Delano, CA 93216

Dated: August 1, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.

3