1 DURIE TANGRI LLP
LAURA E. MILLER (SBN 271713)
2 lmiller@durietangri.com
ZACHARY G. F. ABRAHAMSON (SBN 310951)
3 zabrahamson@durietangri.com
217 Leidesdorff Street
4 San Francisco, CA  94111
Telephone:    415-362-6666
5 Facsimile:    415-236-6300

6 Attorneys for Plaintiff
BRUCE L. FULLER
7
XAVIER BECERRA
8 Attorney General of California
MARTINE N. D'AGOSTINO
9 Deputy Attorney General
State Bar No. 256777
10 455 Golden Gate Avenue, Suite 11000
11 San Francisco, CA 94102-7004
Telephone: (415) 703-1660
12 Fax: (415) 703-5843
E-mail: Martine.DAgostino@doj.ca.gov
13
14 Attorneys for Defendants
J. EVANS and S. REXFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>    Plaintiff,<br><br>  v.<br><br>J. EVANS and S. REXFORD,<br><br>    Defendants. | Case No. 4:14-cv-00304-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  October 24, 2017<br>Time:  2:00 p.m.<br>Ctrm:  2 – 4th Floor<br>Judge: Honorable Haywood S Gilliam, Jr. |

## STIPULATION

Pursuant to Civ. L.R. 6-1(b) and 6-2, Plaintiff Bruce Lamont Fuller and Defendants S. Rexford and J. Evans, by and through their counsel of record, have met and conferred and stipulate to continue the Case Management Conference from October 24, 2017 at 2:00 p.m. to November 14, 2017 at 2:00 p.m., or to a later date convenient for the Court. Counsel also stipulates to extend the deadline for the Case Management Statement from October 17, 2017 to November 7, 2017.

IT IS SO STIPULATED.

Dated: October 11, 2017	DURIE TANGRI LLP

By: _____*/s/ Zachary G. F. Abrahamson*_____
ZACHARY G. F. ABRAHAMSON

Attorneys for Plaintiff
BRUCE L. FULLER

Dated: October 11, 2017	Attorney General Of California

By: _____*/s/ Martine N. D'Agostino*_____
MARTINE N. D'AGOSTINO
Deputy Attorney General

Attorney for Defendants
J. EVANS and S. REXFORD

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Zachary G. F. Abrahamson, attest that concurrence in the filing of this document has been obtained.

Dated: October 11, 2017	_____*/s/ Zachary G. F. Abrahamson*_____
ZACHARY G. F. ABRAHAMSON

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 11, 2017	_____[signature]_____
HONORABLE HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT JUDGE