1  DURIE TANGRI LLP
   LAURA E. MILLER (SBN 271713)
2  lmiller@durietangri.com
   ZACHARY G. F. ABRAHAMSON (SBN 310951)
3  zabrahamson@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  Attorneys for Plaintiff
   BRUCE L. FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>J. EVANS and S. REXFORD,<br><br>　　　　　　　Defendants. | Case No. 4:14-cv-00304-HSG<br><br>**STIPULATION AND SCHEDULING ORDER**<br><br>Ctrm:  2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

The Court held an initial case management conference on November 14, 2017. Pursuant to that conference and subsequent conferences between the parties by and through their respective attorneys, the parties stipulate to, and ask that the Court enter, the following case schedule.

| Event | Joint Proposed Schedule |
|---|---|
| Deadline to amend pleadings | December 14, 2017 |
| Close of fact discovery | May 1, 2018 |
| Last date for settlement conference before Judge Illman. | May 31, 2018 |
| Expert disclosures and opening reports | June 4, 2018 |
| Rebuttal expert disclosures and rebuttal reports | July 2, 2018 |
| Close of expert discovery | July 23, 2018 |
| Deadline for motions for summary judgment | August 15, 2018 |
| Last date for dispositive motion hearings | September 20, 2018 |
| Pre-trial conference | November 6, 2018 |
| Trial | November 26, 2018 |

| | | |
|---|---|---|
| Dated: November 30, 2017 | | DURIE TANGRI LLP |

By: _____*/s/ Zachary G. F. Abrahamson*_____
LAURA E. MILLER
ZACHARY G. F. ABRAHAMSON

Attorneys for Plaintiff
BRUCE L. FULLER

Dated: November 30, 2017                ATTORNEY GENERAL OF CALIFORNIA

By: _____*/s/ Martine N. D'Agostino*_____
MARTINE N. D'AGOSTINO
Deputy Attorney General

Attorney for Defendants
J. EVANS and S. REXFORD

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Zachary G. F. Abrahamson, attest that concurrence in the filing of this document has been obtained.

Dated: November 30, 2017                _____*/s/ Zachary G. F. Abrahamson*_____
ZACHARY G. F. ABRAHAMSON

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 30, 2017                _____[signature]_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

>     */s/ Zachary G. F. Abrahamson*
>     ZACHARY G. F. ABRAHAMSON