DURIE TANGRI LLP
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
ZACHARY G. F. ABRAHAMSON (SBN 310951)
zabrahamson@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff
BRUCE L. FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. EVANS and S. REXFORD,<br><br>　　　　　Defendants. | Case No. 4:14-cv-00304-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE AND REASSIGN CASE FOR SETTLEMENT**<br><br>Date:　April 18, 2018<br>Time:　10:00 a.m.<br>Ctrm:　G<br>Judge:　Honorable Robert M. Illman |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiff Bruce L. Fuller and Defendants S. Rexford and J. |
| 3 | Evans, by and through their court of record, hereby stipulate as follows: |
| 4 | WHEREAS, the Court on November 7, 2017 referred this case to Magistrate Judge Illman for |
| 5 | settlement. |
| 6 | WHEREAS, the Court on November 30, 2017 entered a stipulation and scheduling order. See |
| 7 | ECF No. 109. |
| 8 | WHEREAS, the scheduling order set May 31, 2018 as the last date for a settlement conference |
| 9 | before Magistrate Judge Illman. |
| 10 | WHEREAS, Magistrate Judge Illman in January 2018 scheduled an in-person settlement |
| 11 | conference in San Francisco for April 18, 2018. See ECF No. 112. |
| 12 | WHEREAS, Defendants have been unable to depose Plaintiff in this matter due to an upcoming |
| 13 | criminal trial involving Plaintiff in Kern County Superior Court. |
| 14 | WHEREAS, the parties jointly seek to complete Plaintiff's deposition before holding the |
| 15 | settlement conference in this case. |
| 16 | WHEREAS, Magistrate Judge Illman's next available date for an in-person settlement conference |
| 17 | in San Francisco is June 22, 2018. |
| 18 | WHEREAS, the parties mutually seek to hold an in-person settlement conference in San |
| 19 | Francisco before May 31, 2018, in accordance with the Court's scheduling order. |
| 20 | THEREFORE, the parties respectfully request that the Court refer this case for settlement to a |
| 21 | magistrate judge available to hold an in-person settlement conference in San Francisco in May 2018. If |
| 22 | possible, the parties jointly request reassignment for settlement to Magistrate Judge Corley, Magistrate |
| 23 | Judge Cousins, or Magistrate Judge Laporte. |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

**IT IS SO STIPULATED.**

Dated: April 6, 2018                             DURIE TANGRI LLP

                                        By:    */s/ Zachary G. F. Abrahamson*
                                               ZACHARY G. F. ABRAHAMSON

                                        Attorney for Plaintiff
                                        BRUCE L. FULLER

Dated: April 6, 2018                             ATTORNEY GENERAL OF CALIFORNIA

                                        By:    */s/ Martine N. D'Agostino*
                                               MARTINE N. D'AGOSTINO

                                        Attorney for Defendants
                                        S. REXFORD and J. EVANS

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Zachary G.F. Abrahamson, attest that the concurrence in the filing of this document has been obtained.

Dated: April 6, 2018                             */s/ Zachary G. F. Abrahamson*
                                               ZACHARY G. F. ABRAHAMSON

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The instant case is REFERRED to Judge _____ for settlement proceedings.

Dated: 4/9/2018                              _____
                                             HONORABLE HAYWOOD S. GILLIAM, JR.
                                             UNITED STATES DISTRICT JUDGE

*[Stamp: DENIED — Haywood S. Gilliam Jr., Judge Haywood S. Gilliam Jr., United States District Court, Northern District of California]*

2
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE AND
REASSIGN CASE FOR SETTLEMENT / CASE NO. 4:14-CV-00304-HSG