1  DURIE TANGRI LLP
   LAURA E. MILLER (SBN 271713)
2  lmiller@durietangri.com
   ZACHARY G. F. ABRAHAMSON (SBN 310951)
3  zabrahamson@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone: 415-362-6666
5  Facsimile: 415-236-6300

6  Attorneys for Plaintiff
   BRUCE L. FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>            Plaintiff,<br><br>   v.<br><br>J. EVANS and S. REXFORD,<br><br>            Defendants. | Case No. 4:14-cv-00304-HSG<br><br>**STIPULATION AND FIRST AMENDED SCHEDULING ORDER**<br><br>Ctrm: 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

The Court held an initial case management conference on November 14, 2017. Pursuant to that conference and subsequent conferences between the parties by and through their respective attorneys, the parties stipulate to, and ask that the Court enter, the following case schedule. There is good cause for the proposed extension. Plaintiff's pending criminal trial, previously scheduled to begin on April 10 in Kern County, presents a likely conflict with his previously noticed deposition and the April 18, 2018 settlement conference.

| Event | Current Deadline | Joint Proposed Amended Schedule |
|---|---|---|
| Deadline to amend pleadings | December 14, 2017 | December 14, 2017 |
| Close of fact discovery | May 1. 2018 | May 1, 2018 |
| Last date for settlement conference before Judge Illman. | May 31, 2018 | June 30, 2018 |
| Expert disclosures and opening reports | June 4, 2018 | July 18, 2018 |
| Rebuttal expert disclosures and rebuttal reports | July 2, 2018 | August 1, 2018 |
| Close of expert discovery | July 23, 2018 | August 8, 2018 |
| Deadline for motions for summary judgment | August 15, 2018 | August 15, 2018 |
| Last date for dispositive motion hearings | September 20, 2018 | September 20, 2018 |
| Pre-trial conference | November 6, 2018 | November 6, 2018 |

| | | |
|---|---|---|
| Trial | November 26, 2018 | November 26, 2018 |

**IT IS SO STIPULATED.**

Dated: April 11, 2018                      DURIE TANGRI LLP

                                             By:           */s/ Zachary G. F. Abrahamson*
                                                         ZACHARY G. F. ABRAHAMSON

                                              Attorneys for Plaintiff
                                              BRUCE L. FULLER

Dated: April 11, 2018                      ATTORNEY GENERAL OF CALIFORNIA

                                             By:           */s/ Martine N. D'Agostino*
                                                         MARTINE N. D'AGOSTINO
                                                         Deputy Attorney General

                                              Attorney for Defendants
                                              J. EVANS and S. REXFORD

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Zachary G. F. Abrahamson, attest that concurrence in the filing of this document has been obtained.

Dated: April 11, 2018                                       */s/ Zachary G. F. Abrahamson*
                                                                  ZACHARY G. F. ABRAHAMSON

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: April 11, 2018                                   *[signature: Haywood S. Gilliam Jr.]*
                                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                                        UNITED STATES DISTRICT JUDGE