| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | LAURA E. MILLER (SBN 271713) |
| 2 | lmiller@durietangri.com |
| | ZACHARY G. F. ABRAHAMSON (SBN 310951) |
| 3 | zabrahamson@durietangri.com |
| | 217 Leidesdorff Street |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415-362-6666 |
| 5 | Facsimile: 415-236-6300 |
| 6 | Attorneys for Plaintiff |
| | BRUCE L. FULLER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>               Plaintiff,<br><br>v.<br><br>J. EVANS and S. REXFORD,<br><br>               Defendants. | Case No. 4:14-cv-00304-HSG<br><br>**ORDER GRANTING PLAINTIFF BRUCE L. FULLER'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT DEPOSITION BY WRITTEN QUESTIONS OF INCARCERATED PERSON**<br><br>Ctrm: 2 – 4th Floor<br>Judge: Honorable Haywood S Gilliam, Jr. |

1 | The Court finds this matter suitable for disposition without oral argument. Pursuant to Federal
2 | Rule of Civil Procedure 31(a)(2)(B), Plaintiff Bruce L. Fuller is hereby GRANTED leave to depose by
3 | written questions inmate Lewis Marquis Burns, CDCR #AG6999, a person confined at California Men's
4 | Colony.

**IT IS SO ORDERED.**

Dated: April 11, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE