1  DURIE TANGRI LLP
   LAURA E. MILLER (SBN 271713)
2  lmiller@durietangri.com
   ZACHARY G. F. ABRAHAMSON (SBN 310951)
3  zabrahamson@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  Attorneys for Plaintiff
   BRUCE L. FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>               Plaintiff,<br><br>   v.<br><br>J. EVANS and S. REXFORD,<br><br>               Defendants. | Case No. 4:14-cv-00304-HSG<br><br>**ORDER GRANTING PLAINTIFF BRUCE L. FULLER'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT DEPOSITION BY WRITTEN QUESTIONS OF INCARCERATED PERSON**<br><br>Ctrm:   2 – 4th Floor<br>Judge:  Honorable Haywood S Gilliam, Jr. |

| | |
|---|---|
| 1 | The Court finds this matter suitable for disposition without oral argument. Pursuant to Federal |
| 2 | Rule of Civil Procedure 31(a)(2)(B), Plaintiff Bruce L. Fuller is hereby GRANTED leave to depose by |
| 3 | written questions inmate Lewis Marquis Burns, CDCR #AG6999, a person confined at California Men's |
| 4 | Colony. |
| 5 | **IT IS SO ORDERED.** |
| 7 | Dated: April 11, 2018 |

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE