1  DURIE TANGRI LLP
   LAURA E. MILLER (SBN 271713)
2  lmiller@durietangri.com
   ZACHARY G. F. ABRAHAMSON (SBN 310951)
3  zabrahamson@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  Attorneys for Plaintiff
   BRUCE L. FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>                Plaintiff,<br><br>   v.<br><br>J. EVANS and S. REXFORD,<br><br>                Defendants. | Case No. 4:14-cv-00304-HSG<br><br>**ORDER GRANTING PLAINTIFF BRUCE L. FULLER'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT DEPOSITION BY WRITTEN QUESTIONS OF INCARCERATED PERSON**<br><br>Ctrm:   2 – 4th Floor<br>Judge:  Honorable Haywood S Gilliam, Jr. |

1 | The Court finds this matter suitable for disposition without oral argument. Pursuant to Federal Rule of Civil Procedure 31(a)(2)(B), Plaintiff Bruce L. Fuller is hereby GRANTED leave to depose by written questions inmate Marcus Alfonso Jackson, CDCR #AL1352, a person confined at California State Prison, Sacramento.

**IT IS SO ORDERED.**

Dated: April 11, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE