1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  BRUCE L. FULLER,

   Case No.14-cv-00304-HSG

8           Plaintiff,
9       v.

   **ORDER DIRECTING RESPONSE FROM PLAINTIFF'S COUNSEL**

10 J. EVANS, et al.,

   Re: Dkt. No. 126

11          Defendants.

Plaintiff Bruce Fuller was proceeding pro se in this case until August 1, 2017, when the Court appointed pro bono counsel. *See* Dkt. No. 99. Because Plaintiff is represented, only his attorneys should be in communication with the Court. *See U.S. v. Mujahid*, 799 F.3d 1228, 1236 (9th Cir. 2015) (finding that district court acted within its discretion in declining to grant request made pro se by a litigant who was then represented by counsel); *McCullogh v. Graber*, 726 F.3d 1057, 1059 n.1 (9th Cir. 2013) (declining to consider pro se filings by a represented plaintiff); *Greenspan v. IAC/Interactivecorp*, No. 14-cv-04187-RMW, 2016 WL 9185281, at *1 n.1 ("Pro se filings by a represented party are improper.") (N.D. Cal. May 5, 2016) (citing *U.S. v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998) and *Mitchell v. Senkowski*, 489 F. Supp. 2d 147, 150 (N.D.N.Y. 2006)). Nevertheless, on May 18, 2018, Plaintiff—apparently intending to act pro se—filed a motion to withdraw the civil complaint against Defendants, requesting that the court "<u>vacate</u> any[] and all further proceedings pertaining to this matter." *See* Dkt. No. 126 at 1 (original emphasis).

//
//
//

The Court **DIRECTS** counsel for Plaintiff to respond to the May 18 filing. Plaintiff's counsel shall file a response of no more than three pages by May 29, 2018.

**IT IS SO ORDERED.**

Dated: 5/23/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge